818

No. 82–1867.  BEN KOZLOFF, INC. v. WELLS FARGO BUSINESS CREDIT.  C. A. 5th Cir.  Certiorari denied.

No. 82–1869.  LEWY ET AL. v. WEINBERGER ET AL.; and
No. 82–2098.  COYNE ET AL. v. WEINBERGER ET AL.  C. A. 2d Cir.  Certiorari denied.  Reported below: 698 F. 2d 61.

No. 82–1871.  TEXAS v. PLATORO LTD., INC.  C. A. 5th Cir. Certiorari denied.

No. 82–1872.  MESSNER v. UNITED STATES.  C. A. 11th Cir. Certiorari denied.

No. 82–1874.  DEAKYNE v. DEPARTMENT OF THE ARMY CORPS OF ENGINEERS OF THE UNITED STATES.  C. A. 3d Cir.  Certiorari denied.

No. 82–1875.  CARPET SEAMING TAPE LICENSING CORP. v. BEST SEAM, INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 82–1880.  NORRIS INDUSTRIES, INC. v. INTERNATIONAL TELEPHONE & TELEGRAPH CORP. ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 82–1881.  DOE v. EXECUTIVE SECURITIES CORP., BY MACRAE, AS TRUSTEE.  C. A. 2d Cir.  Certiorari denied.

No. 82–1883.  FEHLHABER, AS PERSONAL REPRESENTATIVE OF FEHLHABER v. FEHLHABER.  C. A. 11th Cir.  Certiorari denied.

No. 82–1884.  MORALES v. NEW YORK UNIVERSITY ET AL. App. Div., Sup. Ct. N. Y., 1st Jud. Dept.  Certiorari denied.

No. 82–1886.  BERRY v. BERGER.  C. A. D. C. Cir.  Certiorari denied.

No. 82–1892.  HAYES OILFIELD CONSTRUCTION CO., INC. v. UNITED STATES FIDELITY & GUARANTY CO.  C. A. 5th Cir. Certiorari denied.

No. 82–1893.  CLARK, A MINOR, BY CLARK, ET AL. v. ARIZONA INTERSCHOLASTIC ASSN. ET AL.  C. A. 9th Cir.  Certiorari denied.